NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JACK BARRON,**
*Plaintiff-Appellee*

**v.**

**SCVNGR, INC., DBA LEVELUP,**
*Defendant-Appellant*

---

2015-1596

---

Appeal from the United States District Court for the District of Massachusetts in No. 4:13-cv-40084-TSH, Judge Timothy S. Hillman.

---

## JUDGMENT

---

JOHN O. MIRICK, Mirick O'Connell DeMallie & Lougee, LLP, Worcester, MA, argued for plaintiff-appellee. Also represented by DAVID L. FINE.

BRIAN CARL CARROLL, SCVNGR, Inc. d/b/a LevelUp, Boston, MA, argued for defendant-appellant. Also represented by PHILIP C. SWAIN, Foley Hoag LLP, Boston, MA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (DYK, MAYER, and HUGHES, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


February 5, 2016  /s/ Daniel E. O'Toole
Date  Daniel E. O'Toole
Clerk of Court